IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF  :  CASE NO.   3:17MJ196

SEALED DOCUMENT

---

MOTION TO SEAL APPLICATION, SEARCH WARRANT,
SUPPORTING AFFIDAVIT AND RETURN

---

Now comes the United States Attorney and moves this Court, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, and the Court's inherent power to control papers filed with the Court, for a protective order sealing the Application, Search Warrant, Supporting Affidavit and Return until July 31, 2021.

In support of this Motion, the United States Attorney states:

1. A Search Warrant was issued on May 2, 2017.

2. This matter relates to a series of interrelated investigations, some of which that have resulted in pending indictments before this Court.   Because the full scope of these investigations has not been made public and disclosure of the warrants would reveal investigative techniques actively being used in other active matters, the case should remain sealed.

WHEREFORE, the United States of America respectfully requests that the Application, Search Warrant, Supporting Affidavit and Return be sealed and kept from public inspection until July 31, 2021.

        Respectfully submitted,

        DAVID M. DEVILLERS
        United States Attorney


        s/Brent G. Tabacchi
        BRENT G. TABACCHI (IL 6276029)
        Assistant United States Attorney
        Attorney for Plaintiff
        200 West Second Street, Suite 600
        Dayton, Ohio 45402
        Office: (937) 225-2910
        Fax: (937) 225-2564
        E-mail: Brent.Tabacchi@usdoj.gov